**AFFIDAVIT OF FBI SPECIAL AGENT PAUL MULLEN**

I, Paul Mullen, being first duly sworn, hereby depose and state as follows:

INTRODUCTION

1.      Since November 2008, I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI").  I am currently assigned to the Boston Division, Hampton, New Hampshire Resident Agency.  I work criminal matters and primarily focus on violent crimes, often in conjunction with other law enforcement officers from local, county, state, and federal agencies throughout the state of New Hampshire and elsewhere.  Prior to being a Special Agent with the FBI I worked for approximately a year as a Trooper with the New Hampshire State Police.

2.      I have investigated both national security and criminal matters. I acquired experience in these investigations through training at the FBI Academy in Quantico, Virginia, and by conducting investigations in the field. I am also a trained member of the FBI Evidence Response Team. My investigations have included the use of a variety of investigative techniques, including but not limited to: subject, victim, and witness interviews; analysis of telephone and financial records; physical surveillance; handling of cooperating sources and witnesses; exploitation of cellular, social media, and Internet Protocol ("IP") based communications data; execution of search and seizure warrants; wire, electronic, and oral wiretaps; and the execution of arrest warrants.

3.      Based on the following information, there is probable cause to believe that BLU ZEKE DALY, a/k/a CULLAN ZEKE DALY, has committed the offenses of Attempted Murder of a Federal Officer in violation of 18 U.S.C. § 1114(a)(3) and Assaulting a Federal Officer with a Dangerous Weapon in violation of 18 U.S.C. § 111(a) & (b).

1

4.      This affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a complaint.  Accordingly, while this affidavit contains all the material information pertinent to the requested complaint, it does not include each and every fact known to me or other law enforcement agents concerning this investigation.

5.      The information contained in the Affidavit is based on my personal knowledge and information provided by other FBI agents and U.S. Customs and Border Protection ("CBP") agents.

## STATUTES

6.      Title 18, U.S.C., Section 1114 provides, in relevant part:

> (a)      Whoever kills or attempts to kill any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties or on account of that assistance, shall be punished—
>
> (3)      in the case of attempted murder or manslaughter, as provided in section 1113.

7.      Title 18, U.S.C., Section 111 provides, in relevant part:

> (a)      Whoever
>
> (1)      forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties . . .
>
> shall . . . where such acts involve physical contact with the victim of that assault or the intent to commit another felony, be fined under this title or imprisoned not more than 8 years, or both.
>
> (b)      Enhanced Penalty

> Whoever, in the commission of any acts described in subsection (a), uses a deadly or dangerous weapon (including a weapon intended to cause death or danger but that fails to do so by reason of a defective component) or inflicts bodily injury, shall be fined under this title or imprisoned not more than 20 years, or both.

FACTS

8. Officer 1 is a Border Patrol Agent with U.S. Customs and Border Protection (CBP). At all relevant times, Officer 1 was on duty and patrolling the area near the border between the United States and Canada.

9. At approximately 11:30 pm on February 21, 2026, Officer 1 encountered a gray 2012 Honda Civic, bearing New Hampshire registration 5639767 (the "SUBJECT VEHICLE"), in Stewartstown, New Hampshire.

10. DALY was the driver and sole occupant of the SUBJECT VEHICLE.

11. DALY provided Officer 1 a New Hampshire driver's license with an address of ██ ███████████████████ Manchester, NH 03101.

12. The SUBJECT VEHICLE is registered to ██████████████ (DOB ████/2004), also at ████████████████████, Manchester, NH 03101.

13. During the stop, Officer 1 asked whether DALY had used any other names.

14. DALY immediately drove away in the SUBJECT VEHICLE. Officer 1 followed the SUBJECT VEHICLE at a distance.

15. Shortly after midnight on February 22, 2026, DALY drove the SUBJECT VEHICLE to the Pittsburg Port of Entry located at 6293 North Main Street, Pittsburg, NH, and pulled the SUBJECT VEHICLE up to the closed gate.

16. Officer 1 activated his emergency lights and exited his vehicle.

17.    DALY did not exit the SUBJECT VEHICLE and proceeded to attempt to turn around and drive away.

18.    DALY fired a handgun at Officer 1 as Daly was turning the SUBJECT VEHICLE.

19.    Officer 1 returned fire with his service weapon.  During the incident, Officer 1 shot DALY.  DALY lost control of the SUBJECT VEHICLE, which ran onto a snowbank near the Pittsburg Port of Entry.

20.    On February 22, 2026, the United States District Court for the District of New Hampshire granted warrants to search, among other things, the SUBJECT VEHICLE.

21.    A search of the SUBJECT VEHICLE recovered a Smith & Wesson SD9 2.0 handgun and assorted ammunition.

22.    A search of Officer 1's vehicle recovered a round of expended ammunition that appears to have been fired by Daly.

23.    Based on the foregoing, there is probable cause to believe that BLU ZEKE DALY, a/k/a CULLAN ZEKE DALY, has committed the offenses of Attempted Murder of a Federal Officer in violation of 18 U.S.C. § 1114(a)(3) and Assaulting a Federal Officer with a Dangerous Weapon in violation of 18 U.S.C. § 111(a) & (b).

/s/ Paul Mullen
Paul Mullen
FBI Special Agent

Sworn and subscribed to me, telephonically, this 24th day of February 2026, at Concord, New Hampshire.

/s/ Andrea K. Johnstone
Hon. Andrea K. Johnstone
United States Magistrate Judge