UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 26-cr- |
| | ) |
| v. | ) Count 1: Attempted Murder of a Federal |
| | ) Officer (18 U.S.C. §§ 1113, 1114) |
| BLU ZEKE DALY, a/k/a | ) |
| CULLAN ZEKE DALY, | ) Count 2: Assault of a Federal Officer with a |
| | ) Deadly or Dangerous Weapon (18 U.S.C. |
| Defendant. | ) § 111(a) & (b)) |

INDICTMENT

The Grand Jury charges:

## **COUNT ONE**

Attempted Murder of a Federal Officer
[18 U.S.C. §§ 1113, 1114]

On or about February 22, 2026, in the District of New Hampshire, the defendant,

BLU ZEKE DALY,

a/k/a CULLAN ZEKE DALY,

with malice aforethought, did attempt to kill Border Patrol Agent 1, an officer and employee of

the United States, while Border Patrol Agent 1 was engaged in and account of the performance

of his official duties.

All in violation of Title 18, United States Code, Sections 1113 and 1114.

1

## <u>COUNT TWO</u>

Assault of a Federal Officer with a Deadly or Dangerous Weapon
[18 U.S.C. § 111(a) & (b)]

On or about February 22, 2026, in the District of New Hampshire, the defendant,

BLU ZEKE DALY,

a/k/a CULLAN ZEKE DALY,

using a deadly and dangerous weapon, did forcibly assault, resist, oppose, impede, intimidate,

and interfere with Border Patrol Agent 1, an officer and employee of the United States, while

Border Patrol Agent 1 was engaged in and account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 111(a) & (b).

A TRUE BILL

Dated: May 6, 2026

/s/ Foreperson

FOREPERSON

ERIN CREEGAN
United States Attorney

/s/ Alexander Chen

Alexander S. Chen
Assistant United States Attorney

2