UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA     ]
    ]
v.     ]     No. 1:26-cr-0023-LM-AJ
    ]
BLU ZEKE DALY     ]

**ASSENTED TO MOTION TO AMEND CONDITIONS OF RELEASE TO ALLOW DEFNDANT TO TRAVEL TO COUNSEL'S OFFICE TO MEET WITH DEFENSE-RETAINED EXPERTS**

NOW COMES the defendant, Blu Daly, by and through counsel, Eric Wolpin and Jeff Levin, and moves the court to amend her release conditions to permit Ms. Daly to travel to Counsel's office to meet with a defense-retained expert. Counsel will provide prior notice of the date and time of such meetings to Probation. The following is stated in support.

On June 30, 2026, the Court released Ms. Daly on conditions. ECF No. 33. The conditions permit Counsel visits to Ms. Daly, but do not explicitly permit Ms. Daly to travel to Counsel's office. ECF No. 33 at ¶7(f). The conditions restrict Ms. Daly to her home. *Id.* at (7)(y)(i)(3). The only exceptions are for "medical activities," "court appearances," and "activities specifically approved by the court." *Id.*

To provide constitutionally effective representation, Counsel must be able to utilize necessary experts. *Ake v. Oklahoma*, 470 U.S. 68, 83 (1986) (effective assistance may require use of an expert); 18 U.S.C.§ 3006A (authorizing funds for expert services that are "necessary for adequate representation."). Counsel is arranging for a necessary expert to meet with Ms. Daly at Counsel's office in the near future. The Defense requests that meetings with defense-retained experts at Counsel's office be "approved by the court" as an exception to the home incarceration condition. Counsel will provide United States Probation with the scheduled date and time for such meetings.

1

The government, through AUSA Alexander Chen, has no objection to this motion.

WHEREFORE, The Defense requests that meetings with defense-retained experts at Counsel's office be "approved by the court" as an exception to the home incarceration condition.

Respectfully submitted,

Date: July 6, 2026

/s/ Eric Wolpin
Eric Wolpin
Assistant Federal Defender
N.H. Bar No. 18372
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: Eric_Wolpin@fd.org


/s/ Jeff Levin
Jeff Levin
Assistant Federal Defender
N.H. Bar No. 12901
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: Jeff_Levin@fd.org