UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                                         No. 1:26-cr-0023-LM-AJ

BLU ZEKE DALY

### DEFENDANT'S ASSENTED-TO MOTION TO ADD DEFENDANT'S PATERNAL GRANDPARENTS AS THIRD PARTY CUSTODIANS

NOW COMES the defendant, Blu Daly, by and through counsel, Eric Wolpin and Jeff Levin, filing this assented-to motion to add the defendant's paternal grandparents, Peggy and Joe Daly, as third party custodians to the order for temporary release. The following is stated in support.

On June 30, 2026, the Court released Ms. Daly on conditions. ECF No. 33. One of the conditions that the Court imposed is that the defendant's mother, Lynda Goble, shall serve as third party custodian.

In the event that Ms. Goble is unavailable for any reason, the defendant's paternal grandparents, Peggy and Joe Daly, have agreed to serve as third party custodians in her stead. The defendant moves the Court to add Peggy and Joe Daly as third party custodians for this purpose.

The Dalys have agreed to serve as third custodians if and when needed. Undersigned counsel reviewed their obligations as third party custodians and they indicated their willingness and ability to serve if needed.

The government assents to the defendant's motion, as per AUSAs Charles Rombeau and Alexander Chen.

1

Wherefore, the defendant, Blu Daly, through her counsel, respectfully requests that the Court amend the bail order as requested, adding Peggy and Joe Daly as third party custodians, and for such other relief as may be just.

Respectfully submitted,

Date: July 9, 2026

/s/Eric Wolpin
Eric Wolpin
Assistant Federal Defender
N.H. Bar No. 18372
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: Eric_Wolpin@fd.org

/s/ Jeff Levin
Jeff Levin
Assistant Federal Defender
N.H. Bar No. 12901
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: Jeff_Levin@fd.org